# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145361

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAURA NICHOL,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145361
COA: 302400
Wayne CC: 10-005106-FC

      On order of the Court, the application for leave to appeal the May 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

p1015